WO

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 4 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,      ) | CR-08-50018-PHX-SMM |
| Plaintiff,            ) | |
| vs.                             ) | |
| Jaime Barrios-Alvarado,    ) | **ORDER** |
| Defendant.            ) | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release was submitted on March 14, 2008.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

- 2 -

      **IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

      DATED this 14th day of March, 2008.

                                          */s/ Lawrence O. Anderson*
                                          Lawrence O. Anderson
                                          United States Magistrate Judge